UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60239 CIV-MIDDLEBROOKS/JOHNSON

CASA VITIVINICOLA TINAZZI, S.R.L.,
        Plaintiff(s),

vs.

CANTINA ITALIANA, LLC,
        Defendant(s).
_____/

## ORDER OF REFERENCE AND SETTING TRIAL DATE IN A CIVIL CASE

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for Trial before the Honorable Donald M. Middlebrooks, United States District Judge, at United States District Court at 701 Clematis Street, Second Floor, Courtroom 7, West Palm Beach, Florida, **during the two-week trial period commencing February 2, 2009 at 9:00 a.m.**, or as soon thereafter as the case may be called.

PLEASE TAKE FURTHER NOTICE that a **Status Conference/Calendar Call will be held on Wednesday, January 28, 2009 at 1:15 p.m. ALL COUNSEL MUST BE PRESENT.**

1. **JURY TRIALS**

On or before the date of the Status Conference, counsel shall submit proposed jury instructions with the substantive charges and defenses, verdict forms, and motions in limine, if any. Jury instructions shall be filed with the Clerk and a copy shall be submitted in **WordPerfect format** directly to middlebrooks@flsd.uscourts.gov. To the extent these instructions are based upon the Eleventh Circuit Pattern Jury Instructions, counsel shall indicate the appropriate 2005 Eleventh Circuit Pattern Jury Instruction upon which their instruction is modeled. All other instructions shall include citations to relevant supporting case law.

2. **BENCH TRIALS**

In cases tried before the Court, each party shall file at least ONE WEEK prior to the beginning of the trial calendar, the proposed Findings of Fact and Conclusions of Law. An additional copy shall be sent in WordPerfect format to the chambers e-mail account listed above.

Prior to **any** trial, counsel shall submit to the Court a typed list of proposed witnesses and/or exhibits. All exhibits shall be pre-labeled in accordance with the proposed exhibit list. Exhibit labels must include the case number. It is further

ORDERED AND ADJUDGED PURSUANT to 28 U.S.C. § 636 (b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to **United States Magistrate Judge Linnea R. Johnson** to conduct a Scheduling Conference, pursuant to Local Rule 16.1.B, for the purpose of setting pre-trial deadline dates, and for determining possible consent to the jurisdiction of the Magistrate Judge for trial. All counsel of record will be required to attend this conference which will be noticed by Magistrate Judge Johnson. Copies of any and all filings related to such scheduling conference, including proposed orders, must be sent directly to Judge Johnson at johnson@flsd.uscourts.gov.

**Further, any request to modify the above-set trial date must be made prior to the Scheduling Conference. The foregoing does not preclude consideration of a prompt motion to modify the trial date for good cause shown by a party joined in the litigation after the Scheduling Conference has occurred.**

The parties are directed, in accordance with CM/ECF procedures, as follows:

**COURTESY COPIES:** Notwithstanding the implementation of CM/ECF, all parties shall deliver a courtesy copy to the Intake Section of the Clerk's Office of all motions exceeding twenty-five pages. This copy shall be bound and any attachments and/or appendices must be

indexed with tabs. <u>Plaintiff's counsel shall serve a copy of this Order upon all parties</u>.

**PROPOSED ORDERS**: Pursuant to the CM/ECF Administrative Procedures, counsel shall send proposed orders in <u>WordPerfect format</u> for <u>ALL</u> motions directly to middlebrooks@flsd.uscourts.gov.[1]

DONE AND ORDERED, in Chambers, at West Palm Beach, Florida, this __7th__ day of July, 2008.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:   Honorable Linnea R. Johnson
      All Counsel of Record

---

[1] This does not apply to orders relating to Judge Johnson's scheduling conference discussed above.